**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
LAWANDA TUCKER,                  ) No. SACV 12-0296-SS
                                 )
            Plaintiff,           )
                                 ) JUDGMENT
       v.                        )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of the Social       )
Security Administration,         )
                                 )
            Defendant.           )
_____)
```

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: December 7, 2012

_____/S/_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE